# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

EDDIE JONES
Reg. #18664-026                                                              PLAINTIFF

v.                              No. 2:19-cv-10-DPM-JTK

DEWAYNE HENDRIX, Complex Warden;
BRENDA HOY, Health Service Administrator;
NWANNEM OBI-OKOYE, MD, Health Service
Doctor; JUDITH LAMARE, Physician Assistant,
all individually and in their official capacities;
FEDERAL BUREAU OF PRISONS; METHODIST
UNIVERSITY HOSPITAL; FORREST CITY
MEDICAL CENTER; and JOHN DOES 1–20          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 4, and overrules Jones's objections, № 10. FED. R. CIV. P. 72(b)(3). Jones's claims against Hendrix, Hoy, the Federal Bureau of Prisons, Methodist University Hospital, Forrest City Medical Center, and the Doe Defendants are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 March 2019