IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE JONES,
Reg. #18664-026                                              PLAINTIFF

v.                      No. 2:19-cv-10-DPM-JTK

NWANNEM OBI-OKOYE,
MD, Health Service Doctor; and
JUDITH LAMARRE,* Physician
Assistant, both individually and
in their official capacities                                 DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation as modified, № 25, and overrules Jones's objections, № 26. FED. R. CIV. P. 72(b)(3). The modification: Lamarre's absolute immunity deprives the Court of subject matter jurisdiction. *Hui v. Castaneda*, 559 U.S. 799, 807–11 (2010); FED. R. CIV. P. 12(b)(1). Consideration of the affidavit is proper in these circumstances. *Drevlow v. Lutheran Church, Missouri Synod*, 991 F.2d 468, 470 (8th Cir. 1993). Lamarre's motion to dismiss, № 21, is granted. All Jones's claims against Lamarre are dismissed with prejudice.

---

* The Court directs the Clerk to correct Judith Lamarre's name on the docket.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2019