IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDDIE JONES
Reg. #18664-026                                                   PLAINTIFF

v.                          No. 2:19-cv-10-DPM

NWANNEM OBI-OKOYE,
MD, Health Service Doctor                                         DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 38, and overrules Jones's objections, № 39. FED. R. CIV. P. 72(b)(3). Motion for summary judgment, № 29, granted. Jones's claims against Obi-Okoye will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2020