# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

EDDIE JONES
Reg. #18664-026                                                    PLAINTIFF

v.                              No. 2:19-cv-10-DPM

DEWAYNE HENDRIX, Complex Warden;
BRENDA HOY, Health Service Administrator;
NWANNEM OBI-OKOYE, MD, Health Service
Doctor;  JUDITH LAMARRE, Physician Assistant,
all individually and in their official capacities;
FEDERAL BUREAU OF PRISONS;  METHODIST
UNIVERSITY HOSPITAL;  FORREST CITY
MEDICAL CENTER;  and JOHN DOES 1–20          DEFENDANTS

## JUDGMENT

Jones's claims against Hendrix, Hoy, the Federal Bureau of Prisons, Methodist University Hospital, Forrest City Medical Center, and the Doe Defendants are dismissed without prejudice. His claims against Lamarre and Obi-Okoye are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2020